# Court of Appeals
# of the State of Georgia

ATLANTA, May 12, 2025

*The Court of Appeals hereby passes the following order*

**A25D0372. ELAINE NICELY v. COBB INVESTMENTS LP.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2025CV000598



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, May 12, 2025.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*